```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2781
```

**FILED**

APR 8 2009




# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-MJ-0114 DAD |
| Plaintiff, | SEALING ORDER |
| v. | (Under Seal) |
| LESLIE MILLER BELL, JR., | |
| Defendant. | |

The Court hereby orders the Criminal Complaint, and Arrest Warrant, in the above-referenced matter, shall be sealed until further order of the Court.

DATED: April 7, 2009

DALE A. DROZD
United States Magistrate Judge