Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>    vs.<br><br>Leslie Miller Bell Jr.,<br><br>         Defendant | Case No.: 2:09-cr-00193 KJM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Kimberly Mueller<br>Time:   10:00 a.m.<br>Date:   May 19, 2011 |

     Defendant Leslie Bell Jr., by and through his undersigned counsel, and the United States of America, by and through Assistant United States Attorney, Jill Thomas, request that this matter be continued for a status conference to July 7, 2011 and that date is available with the court.  Mr. Bell is charged in an indictment alleging three counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Cocaine Base with Intent to Distribute.  A status conference was previously set for May 19, 2011 and the parties requested a pre-plea pre-sentence report.  That report has now been completed and it finds that Mr. Bell is a career offender with a 294 month sentence recommendation, nearly 25 years.  The parties are in negotiations about a possible resolution of this matter.

-1-

1  The parties continue to be involved in defense investigation, as
2  well as negotiations and all parties request that the current status
3  conference be continued to July 7, 2011, and that date is available
4  with the Court.
5     The parties agree that time should be excluded under 18 U.S.C. §
6  3161(h)(8)(i) for defense preparation and under local code T4.

Dated: May 16, 2011          Respectfully submitted,


                                    /s/ Shari Rusk
                                  Shari Rusk
                                  Attorney for Defendant
                                  Leslie Bell


                                   /s/ Jill Thomas
                                  Jill Thomas
                                  Assistant United States Attorney



**ORDER**

   IT IS SO ORDERED.  The status conference set for May 19, 2011 is RESET for July 7, 2011.  The Court finds excludable time through July 7, 2011, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: May 17, 2011.

                          _____
                          UNITED STATES DISTRICT JUDGE