Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>     vs.<br><br>Leslie Miller Bell Jr.,<br><br>              Defendant | Case No.: 2:09-cr-00193 KJM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Kimberly Mueller<br>Time:   10:00 a.m.<br>Date:   July 7, 2011 |

     Defendant Leslie Bell, by and through his undersigned counsel, and the United States of America, by and through Assistant United States Attorney, Jill Thomas, request that this matter be continued for a status conference to August 25, 2011 and that date is available with the court.  Mr. Bell is charged in an indictment alleging three counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Cocaine Base with Intent to Distribute.  A status conference was previously set for July 7, 2011 and the parties requested a pre-plea pre-sentence report.  That report has now been completed and it finds that Mr. Bell is a career offender with a 294 month sentence recommendation, nearly 25 years.  The abstracts of Mr. Bell's prior record led to his career offender designation.  Mr. Bell's defense

-1-

investigator has subpoenaed all of the court records on his relevant priors, in order to challenge the career offender recommendation. The parties expect to have all the records prior to the next status conference which will allow for a possible resolution of this matter. The potential for resolution, without the career offender enhancement, increases exponentially. The parties are actively involved in negotiations, but the prior records are essential to proceeding with a negotiated settlement. The defense is also continuing its investigation and hopes to have additional information to provide to the government. The parties request that the current status conference be continued to August 25, 2011, and that date is available with the Court.

    The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: July 6, 2011          Respectfully submitted,


                                    __/s/ Shari Rusk___
                                    Shari Rusk
                                    Attorney for Defendant
                                    Leslie Bell


                                     /s/ Jill Thomas
                                    Jill Thomas
                                    Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  The status conference set for July 7, 2011 is vacated and reset for August 25, 2011 at 10:00 a.m. The Court finds the interest of justice served by granting this continuance outweigh the interest of the public and the defendant in a speedy trial and orders time excluded through August 25, 2011, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: July 6, 2011.

_____
UNITED STATES DISTRICT JUDGE