Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 09-00193 KJM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. Kimberly Mueller |
| | Time: 10:00 a.m. |
| | Date: August 25, 2011 |
| Leslie Miller Bell, | |
| Defendant | |

Defendant Leslie Bell, by and through his undersigned counsel, and the United States of America, by and through Assistant United States Attorney, Jill Thomas, request that this matter be continued for a status conference to September 29, 2011 and that date is available with the court.  Mr. Bell is charged in an indictment alleging three counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Cocaine Base with Intent to Distribute.  A status conference was previously set for August 25, 2011 and the parties requested a pre-plea pre-sentence report.  That report has now been completed and it finds that Mr. Bell is a career offender with a 294 month sentence recommendation, nearly 25 years.  The abstracts of Mr. Bell's prior record led to his career offender designation.  Mr.

1  Bell's defense investigator has now obtained his criminal records and
2  is providing copies to the government, so that both parties will have
3  them reviewed for the settlement conference between defense counsel
4  and the government.  The parties are actively involved in
5  negotiations, and now have the prior records that are essential to a
6  resolution.  The defense is also continuing its investigation and
7  hopes to have additional information to provide to the government. The
8  parties request that the current status conference be continued to
9  September 29, 2011, and that date is available with the Court.
10      The parties agree that time should be excluded under 18 U.S.C. §
11 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: August 22, 2011              Respectfully submitted,


                                     __/s/ Shari Rusk___
                                     Shari Rusk
                                     Attorney for Defendant
                                     Leslie Bell


                                     _/s/ Jill Thomas_
                                     Jill Thomas
                                     Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  The status conference set for August 25, 2011 is reset for September 29, 2011 at 10:00 a.m.  The Court finds the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial and excludes time through September 29, 2011 as provided by 18 U.S.C. § 3161(h)(7)(B)(iv), local code T4.

DATED: August 23, 2011.

_____
UNITED STATES DISTRICT JUDGE